[No. 25978-8-II. Division Two. July 26, 2002.]

THE CITY OF VANCOUVER, *Respondent*, v. JAMES EDWARD BLEAKLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 99-1-00502-3, Roger A. Bennett, J., entered May 1, 2000. *Reversed with instructions* by unpublished opinion per Houghton, J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 26158-8-II. Division Two. July 26, 2002.]

THE STATE OF WASHINGTON, *Appellant*, v. MARCUS A. CARTER, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-1-01367-9, Leonard W. Kruse, J., entered June 16, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Armstrong, J.

[No. 26722-5-II. Division Two. July 26, 2002.]

LESLIE PEDERSON, *Appellant*, v. ALLIED CREDIT COMPANIES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-2-10197-4, Brian M. Tollefson, J., entered November 15, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Houghton, JJ.

[No. 26762-4-II. Division Two. July 26, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE LEON JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-03666-5, James R. Orlando, J., entered December 15, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Armstrong, J.